Chief Judge Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR15-00371MJP |
| Plaintiff, ) | |
| v. ) | ORDER GRANTING UNOPPOSED MOTION TO CONTINUE TRIAL DATE AND PRETRIAL MOTIONS DEADLINE |
| BRANDON WILKINS, ) | |
| Defendant. ) | |

THIS MATTER having come before the Court on the unopposed motion of the defense for a continuance of the trial and the pretrial motions due date, and the Court having considered the facts set forth in the motion, the speedy trial waiver executed by Mr. Wilkins, and the records and files herein, the Court finds as follows:

The Court finds that the ends of justice will be served by ordering a continuance in this case, that a continuance is necessary to ensure adequate time for effective case preparation, and that these factors outweigh the best interests of the public and the defendant in a speedy trial.

1.  A failure to grant the continuance would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(iv).

2.  The ends of justice will be served by ordering a continuance in this case, as a continuance is necessary to ensure adequate time for the defense to review and analyze discovery, research relevant law, complete investigation, and effective prepare

ORDER GRANTING UNOPPOSED MOTION
TO CONTINUE TRIAL DATE AND
PRETRIAL MOTIONS DEADLINE
(*Brandon Wilkins*; CR15-00371MJP) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

for trial. All of these factors outweigh the best interests of the public and the defendant in a more speedy trial, within the meaning of 18 U.S.C. § 3161(h)(7).

IT IS THEREFORE ORDERED that the trial date shall be continued from January 19, 2016, to April 11, 2016, and pretrial motions are to be filed no later than March 10, 2016.

IT IS FURTHER ORDERED that the resulting period of delay from the current trial date of January 19, 2016, until the new trial date of April 11, 2016, is hereby excluded for speedy trial purposes under 18 U.S.C. § 3161(h)(7)(A) and (B).

DONE this 13th day of January, 2016.

Marsha J. Pechman
United States District Judge

Presented by:

s/ *Nancy Tenney*
Attorney for Brandon Wilkins
Office of the Federal Public Defender

ORDER GRANTING UNOPPOSED MOTION
TO CONTINUE TRIAL DATE AND
PRETRIAL MOTIONS DEADLINE
(*Brandon Wilkins*; CR15-00371MJP) - 2

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100