JUDGE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br>　vs.<br><br>BRANDON WILKINS<br><br>　　　　　Defendant. | Case No.  CR15-371 MJP<br><br>**ORDER GRANTING UNOPPOSED MOTION TO CONTINUE TRIAL** |

This matter comes before the Court on defendant's unopposed motion to continue trial date. Having considered the motion, defendant's knowing and voluntary waiver of speedy trial, and the balance of the record, the Court makes the following findings:

1. Based on the facts set forth in the defendant's unopposed motion, which the court incorporates herein by reference, the Court finds that a failure to grant the requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence within the meaning of 18 US §316(h)(7)(B)(iv).

2. The Court further finds that the ends of justice will be served by ordering a continuance in this case; that a continuance is necessary to insure adequate time for defense negotiations and investigation, effective trial preparation, and an opportunity

UNOPPOSED MOTION TO CONTINUE TRIAL DATE - PAGE 1 OF 2

Lustick Kaiman & Madrone PLLC
ATTORNEYS AT LAW
222 Grand Avenue
Bellingham, WA 98225
Telephone 360.685.4211

for the defendant to benefit from his efforts; and that these factors outweigh the best interests of the public and the defendant in a more speedy trial, within the meaning of 18 USC §316(h)(7)(A).

Accordingly, the Court orders the continuance of the defendant's trial date from April 11, 2016 to July 19, 2016. The period of delay attributable to the filing and granting of this motion are excluded for speedy trial purposes pursuant to 18 US §316(h)(1)(D), (h)(7)(A) and (h)(7)(B).

Pretrial motions shall be filed no later than May 23, 2016.

Dated this 4th day of April, 2016.

_____
Marsha J. Pechman
United States District Judge

UNOPPOSED MOTION TO CONTINUE TRIAL DATE - PAGE 2 OF 2

LUSTICK KAIMAN & MADRONE PLLC
ATTORNEYS AT LAW
222 GRAND AVENUE
BELLINGHAM, WA 98225
Telephone 360.685.4211